UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

    Richard W DeSantis                      Case No. 10-38701-cgm

                                                 Chapter 7

                                 Debtor.           Hearing Date: May 10, 2011 @ 9:30 a.m.
------------------------------------------------------------x

**Motion Pursuant to 11 USC §350(b)**

      Debtor, Richard W. DeSantis , by his attorneys Law Offices of Thomas J. Minotti, P.C. makes this motion pursuant to 11 U.S.C. §350(b); Fed.R.Bankr.Proc. 5010 and Local Bankruptcy Rule 5010-1 to re-open this Chapter 7 case.

1. Debtor filed a Chapter 7 bankruptcy petition on December 6, 2010.

2. The judge assigned to the case at the time the case was closed was the Honorable Cecelia G. Morris.

3. The debtor received a discharge on March 17, 2011.

4. This Chapter 7 case was closed on March 17, 2011.

5. The grounds for which the debtor seeks to re-open this case is to file a re-affirmation agreement with Ford Motor Credit Company. A copy of the proposed re-affirmation agreement is annexed hereto as **Exhibit "A"**.

**WHEREFORE**, debtor requests that this Court re-open this Chapter 7 case, and for any other relief the Court deems just and proper.

Dated: April 4, 2011
       Highland, New York

                                            Respectfully Submitted,

                                            _____
                                            Thomas J. Minotti, Esq.
                                            Attorney for Debtor
                                            158 Vineyard Avenue
                                            Highland, New York 12528
                                            (845) 691-9600

To:     U.S. Trustee
         74 Chapel Street, Suite 200
         Albany, New York 12207

         Mark S. Tulis, Esq.
         Standing Chapter 7 Trustee
         Oxman Tulis Kirkpatrick Whyatt & Geiger
         120 Bloomingdale Road
         White Plains, New York 10605

         Martin Mooney, Esq.
         Attorney for Ford Motor Credit
         Deily, Mooney & Glastetter, LLP
         8 Thurlow Terrace
         Albany, New York 12203